**No. 09-10042. Roderick Michael Orme, Petitioner v. Florida.**

560 U.S. 956, 130 S. Ct. 3391, 177 L. Ed. 2d 309, 2010 U.S. LEXIS 4596.

June 7, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 25 So. 3d 536.